UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR,<br><br>    Plaintiff,<br><br>    v.<br><br>MAUREEN DUFFY-LEWIS, et al.,<br><br>    Defendants. | NO. CV 19-9804-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant's' motion to dismiss is GRANTED and this action is dismissed with prejudice for failure to state a claim.

DATED: May 29, 2020

_____
JAMES V. SELNA
United States District Judge