UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR,<br><br>    Plaintiff,<br><br>  v.<br><br>MAUREEN DUFFY-LEWIS, et al.,<br><br>    Defendants. | NO. CV 19-9804-JVS (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that Defendant's motion to dismiss the Complaint is granted and the entire action is dismissed with prejudice for failure to state a claim.

DATED: May 29, 2020

                                                JAMES V. SELNA<br>
                                       United States District Judge